# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| **CASSANDRA MONKINA PAYNE,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO.** **1:20-00137-SA-JMV** |
| **COMMISSIONER OF SOCIAL SECURITY,** | § § § § | |
| **Defendant.** | § | |

## ORDER

After consideration of *Defendant's Unopposed Motion for Stay of Proceedings*, the Court finds that the Motion should be granted in part only.

IT IS ORDERED that said motion is granted in part, and this action is STAYED for 60 days from this date or until Defendant files a certified copy of the administrative record, whichever is earlier.

SO ORDERED this 25th day of September, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE